**MDL 1416**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 24 2001

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

PLEADING NO. 7

| | | |
|---|---|---|
| In re | Coal-Fired Electric Utilities Clean Air Litigation ) ) ) ) | MDL No. 1416 |

## GEORGIA POWER COMPANY'S CORPORATE DISCLOSURE STATEMENT

COMES NOW Georgia Power Company ("Georgia Power"), and, pursuant to Rule 5.3 of the Rules Of Procedure of the Judicial Panel on Multidistrict Litigation, files its Corporate Disclosure Statement as follows:

Georgia Power is a subsidiary of The Southern Company ("Southern"), a Delaware Corporation. One hundred percent (100%) of the issued and outstanding common stock of Georgia Power is held by Southern.

This 21st day of May, 2001.

TROUTMAN SANDERS LLP

Daniel S. Reinhardt

Attorneys for
Georgia Power Company

Suite 5200, Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
(404) 885-3000

**IMAGED MAY 25 '01**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT
LITIGATION**

MAY 24 2001

FILED
CLERK'S OFFICE

|  |  |
|---|---|
| In re   **Coal-Fired Electric Utilities**<br>**Clean Air Litigation** | )<br>)<br>)<br>) |

**MDL No. 1416**

RECEIVED
CLERK'S OFFICE

### Proof of Service

Pursuant to Panel Rule 5.2(a), the undersigned hereby certifies that I have, this
21st day of may, 2001, caused a copy of the accompanying "Georgia Power Company's"
Corporate Disclosure Statement" and " Notice of Appearance" to be sent by facsimile and
United States mail, postage prepaid, to the following:

Jeffrey M. Gleason, Esq.
Southern Environmental Law Ctr. 201 W.
Main St. - Suite 14
Charlottesville, VA  22902
*(Attorneys for Physicans for Social
Responsibility, Campaign for a Prosperous
Georgia, U.S. Public Interest Research Group
and Alabama Environmental Council)*

S. Wesley Woolf, Esq.
Southern Environmental Law Ctr.
127 Peachtree St. - Suite 605
Atlanta, GA  30303-1800
*(Attorneys for Physicians for Social
Responsibility, Campaign for a Prosperous
Georgia, U.S. Public Interest Research Group
and Alabama Environmental Council*

Jon A. Mueller, Esq.
Sonja L. Petersen, Esq.
Environmental Enforcement Sect.
Environmental & Natural
Resources Division
U.S. Department of Justice
P. O. Box 7611
Washington, D.C. 20004-7611
*(Attorneys for the United State Environmental
Protection Agency)*

Daniel Caldwell, Esq. - AUSA
U.S. Attorney's Office
Northern District of Georgia
1800 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA  30335
*(Attorneys for the United State Environmental
Protection Agency)*

Row E. Paul, Esq.
Ann Marie Stack, Esq.
Bouhan, Williams & Levy, LLP
P.O. Box 2139
Savannah, GA 31402-2139
*(Attorneys for Savannah Electric & Power
Company)*

Steven G. McKinney, Esq.
Michael D. Freeman, Esq.
Lyle D. Larson, Esq.
R. Bruce Barze, Jr., Esq.
Balch & Bingham LLP
1710 Sixth Avenue North, P.O. Box 306
Birmingham, Alabama 35201-0306
*(Attorneys for Alabama Power Company)*

This 21st day of May, 2001.

Daniel S. Reinhardt

Attorneys for
Georgia Power Company

**TROUTMAN SANDERS LLP**
Suite 5200, Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia  30308-2216
(404) 885-3000

2