MDL 1416

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN - 8 2001

# TROUTMAN SANDERS LLP

FILED
CLERK'S OFFICE

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

BANK OF AMERICA PLAZA
600 PEACHTREE STREET, N.E. - SUITE 5200
ATLANTA, GEORGIA 30308-2216
www.troutmansanders.com
TELEPHONE: 404-885-3000
FACSIMILE: 404-885-3900

Daniel S. Reinhardt
daniel.reinhardt@troutmansanders.com

Direct Dial: 404-885-3204
Direct Fax: 404-962-6665

June 7, 2001

**Via Federal Express**

Mr. Michael J. Beck, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judicial Bldg.
One Columbus Circle, NE, Room G-255
Washington, D.C. 20002

PLEADING NO. 12

RE: MDL Docket No. 1416 – In re Coal-Fired Electric Utilities Clean Air Litigation

Dear Mr. Beck:

Per our conversation with your office, I am enclosing for filing and distribution to the Panel twelve copies of an order issued two days ago by the United States Court of Appeals for the Eleventh Circuit and a brief explanation of its relevance. As described in more detail in Georgia Power Company's Brief in Opposition to the United States' Motion for an Order Transferring Related Actions for Consolidated Pretrial Proceedings Pursuant to 28 U.S.C. § 1407 (which brief was filed with the Panel on May 31, 2001) ("Opposition Brief"), ten petitions for review are currently pending in the Eleventh Circuit. These ten petitions for review arise out of an Administrative Compliance Order ("ACO") issued by the Environmental Protection Agency ("EPA") to the Tennessee Valley Authority on the same day EPA brought suit against Georgia Power. Georgia Power believes these petitions are related to the two cases that are the subject of the above-referenced motion to transfer ("transfer cases") and should be considered by the Panel when deciding whether to transfer the cases, because, among other reasons, the Eleventh Circuit will be considering legal issues which will likely control the course and outcome of the transfer cases, both Georgia Power and Alabama Power are parties to the petitions, and the transfer cases and the ACO were issued as part of the same nationwide enforcement initiative EPA brought against many coal-fired electric generating utility companies.

At the time Georgia Power filed its Opposition Brief, the Eleventh Circuit had not yet set a date for oral argument, although briefing was completed. The enclosed order, however, sets oral argument for these ten petitions for review for September 19, 2001.

0737544.01

**OFFICIAL FILE COPY**
**IMAGED JUN 12 '01**

Georgia Power respectfully requests that this letter and enclosed order be submitted to the Panel along with its Opposition Brief in order to facilitate the Panel's consideration of the motion to transfer.

Thank you for your assistance in this matter.

Very truly yours,

Daniel S. Reinhardt by mbd

Daniel S. Reinhardt

MBD
Enclosures
cc: Jeffrey M. Gleason, Esq. (w/enclosures)
Jon A. Mueller, Esq. (w/enclosures)
S. Wesley Woolf, Esq. (w/enclosures)
Daniel J. Caldwell, Esq. (w/enclosures)
Ann Marie Stack, Esq. (w/enclosures)
Michael D. Freeman, Esq. (w/enclosures)

0737544.01

**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN - 8 2001

FILED
CLERK'S OFFICE

Thomas K. Kahn
Clerk

In Replying Give Number
Of Case and Names of Parties

June 5, 2001

NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:

The following cases are tentatively scheduled for oral argument during the week of **SEPTEMBER 17, 2001 IN ATLANTA, GEORGIA. COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK. COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 5 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.**

If counsel have any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6131 or 404-335-6141

**MATT DAVIDSON**
Calendar Clerk

---

### *PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #42.*

| | |
|---|---|
| 00-12310 | Tennessee Valley Authority v. US EPA, et al. (consolidated with with 00-12311, Alabama Power Co. v. US EPA, et al.; 00-12349, Tennessee Valley Public Power Assoc. v. US EPA; 00-12457, Tennessee Valley Public Power v. US EPA; 00-12458, Alabama Power Co. v. US EPA & 00-12459, Tennessee Valley Authority v. US EPA)(**CASES TO BE ARGUED ON WED., 9/19/01**) |
| 00-15396 | Tennessee Valley Authority v. US EPA (consolidated with 00-16234, Alabama Power Co. v. US EPA; 00-16235, Tennessee Valley Authority Power Assoc. v. US EPA & 00-16236, Duke Energy v. US EPA)(**CASES TO BE ARGUED ON WED., 9/19/01**) |
| 00-15674 | Brenda Stepp, et al. v. Will Wiggins, et al.(REVISED ARGUMENT DATE) |
| 01-10433 | Helen Blanchard v. Mary Sue Graetz, et al.; Ann Wood, et al.; Southwest Georgia Bank (REVISED ARGUMENT DATE) |

